# jackson lewis

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
666 Third Avenue
New York, New York 10017
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | TAMPA, FL |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | WASHINGTON, DC REGION |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

DIRECT DIAL: (212) 545-4021
EMAIL ADDRESS: JASON.ZOLDESSY@JACKSONLEWIS.COM

August 10, 2020

**VIA ECF**

Honorable Barbara Moses, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

              Re:     **De La Cruz v. Manhattan Parking Group et al.**
                        **Case No. 1:20-cv-00977 (JPO) (BCM)**

Dear Judge Moses:

      We are counsel for the Defendants in connection with the above-referenced case, and submit this letter jointly with counsel for Plaintiff pursuant to the Court's June 30, 2020 Initial Case Management Order (ECF Docket # 48) and in anticipation of the status conference with the Court scheduled for August 12, 2020 at 11:00 a.m.

      As the Court is aware, this lawsuit is a putative class and collective action in which Plaintiff alleges claims pursuant to the Fair Labor Standards Act and New York Labor Law. Since the June 30th conference with the Court both sides have served written discovery requests and have conferred about the possibility of settlement. Specifically, the parties have discussed parameters for Defendants to produce a sampling of time and pay records for certain putative class members, which will be used by both sides to value the case for classwide settlement negotiations. Thereafter, the parties intend to schedule a private mediation session, which we anticipate will occur over the course of the next 60 to 90 days.

**jackson|lewis.**

        The parties look forward to discussing the case with the Court in greater detail during the August 12th conference. We thank the Court for its consideration in this regard.

        Respectfully submitted,

        JACKSON LEWIS P.C.

        Jason A. Zoldessy

cc:    All Counsel (Via ECF)