

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS MARTIN DE LA CRUZ,

    Plaintiff,

-against-

MANHATTAN PARKING GROUP LLC, et al.,

    Defendants.

20-CV-977 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the August 12, 2020 telephonic status conference, it is hereby ORDERED that no later than **August 25, 2020**, the parties shall submit a joint status letter updating the Court on their efforts to schedule a mediation in this case and proposing any related modifications to the Initial Case Management Order (Dkt. No. 48). The parties are cautioned that the Court rarely stays discovery simply because the parties are planning or conducting settlement negotiations (through a mediator or otherwise).

Dated: New York, New York
       August 12, 2020

                               **SO ORDERED**.

                               **BARBARA MOSES**
                               **United States Magistrate Judge**