# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS MARTIN DE LA CRUZ, *on behalf of himself, FLSA Collective Plaintiffs and the Class*,<br><br>              Plaintiff,<br><br>  v.<br><br>MANHATTAN PARKING GROUP LLC d/b/a MANHATTAN PARKING GROUP, METROPOLITAN PARKING GROUP LLC, UPTOWN PARKING CORP., RELIABLE PARKING CORP., PROVO PARKING LLC, POO PARKING CORP., MP GARDEN OPERATING LLC, MP WEST 30 LLC, MP GARDEN OPERATING LLC, 1020 PARKING LLC, LAWRENCE LIPMAN, GREG GONZALEZ, RAFAEL MALDONADO and JOHN DOE ENTITIES 1-100,<br><br>              Defendants. | Civil Action No.: 20-cv-977 (BCM) |

### NOTICE OF PLAINTIFF'S SECOND UNOPPOSED MOTION FOR AN ORDER (1) CONDITIONALLY CERTIFYING SETTLEMENT CLASS, (2) GRANTING PRELIMINARY APPROVAL TO PROPOSED CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION, (3) DIRECTING DISSEMINATION OF NOTICE AND RELATED MATERIAL TO THE CLASS, AND (4) SETTING DATE FOR FAIRNESS HEARING AND RELATED DATES

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Unopposed Motion for an Order (1) Conditionally Certifying Settlement Class, (2) Granting Preliminary Approval to Proposed Class Action Settlement and Plan of Allocation, (3) Directing Dissemination of Notice and Related Material to the Class, (4) Setting Date for Fairness Hearing and Related Dates ("Motion for Preliminary Approval"), the Declaration of C.K. Lee in Support of Plaintiff's Motion for Preliminary Approval ("Lee Declaration"), Plaintiff respectfully requests that the Court

enter an Order:

(1) granting preliminary approval of the Settlement Agreement and Release between Carlos Martin de la Cruz ("Plaintiff") and Manhattan Parking Group LLC d/b/a Manhattan Parking Group, Metropolitan Parking Group LLC, Uptown Parking Corp., Reliable Parking Corp., Provo Parking LLC, Poo Parking Corp., MP Garden Operating LLC, MP West 30 LLC, 1020 Parking LLC, Lawrence Lipman, Greg Gonzalez, Rafael Maldonado and John Doe Entities 1-100 ("Defendants") ("Settlement Agreement"), attached as Exhibit A to Lee Declaration;

(2) conditionally certifying the proposed class for settlement purposes;

(3) appointing Lee Litigation Group, PLLC ("Lee Litigation Group" or "Plaintiff's Counsel") as Class Counsel;

(4) appointing Arden Claims Service as Claims Administrator;

(5) approving the proposed Notice of Proposed Class Action Settlement, attached as Exhibit B to Lee Declaration; and

(6) granting such other, further, or different relief as the Court deems just and proper.

\*               \*               \*

For the Court's convenience, Plaintiff has contemporaneously submitted a Proposed Order, attached hereto as **Exhibit 1**.

Dated: New York, New York          Respectfully submitted,

      September 17, 2021          LEE LITIGATION GROUP, PLLC

                                                 By:    */s/ C.K. Lee*
                                                           C.K. Lee, Esq. (CL 4086)
                                                           148 West 24th Street, 8th Floor
                                                           New York, NY 10011
                                                           Tel: (212) 465-1188
                                                           Fax: (212) 465-1181
                                                           *Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*