# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS MARTIN DE LA CRUZ, *on behalf of himself, FLSA Collective Plaintiff and the Class*,<br><br>Plaintiff,<br>v.<br><br>MANHATTAN PARKING GROUP LLC d/b/a MANHATTAN PARKING GROUP, *et al.*,<br><br>Defendants. | Civil Action No.: 20-cv-977 (BCM)<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT** |

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Plaintiff's Motion for Final Approval") and (ii) the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter the proposed Order, attached hereto as **EXHIBIT A**.

Dated: March 16, 2022

Respectfully submitted,

**LEE LITIGATION GROUP, PLLC**

By:   */s/ C.K. Lee*
C.K. Lee, Esq.
Anne Seelig, Esq.
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel.: 212-465-1188
*Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*