USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/5/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS MARTIN DE LA CRUZ, et al.,

    Plaintiff,

-against-

MANHATTAN PARKING GROUP LLC, et al.,

    Defendants.

20-CV-977 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    As part of the Court's Order dated July 12, 2022, granting plaintiff's motion for final settlement approval and related relief (Dkt. 108), Lee Litigation Group (LLG), as Class Counsel, was directed to report in writing, "promptly after the expiration of the 180-day period set forth in ¶ 3.1(D) and (E) of the Settlement Agreement [as amended]: (a) how many Settlement Checks were mailed to Class Members; (b) the range and average amount of the payments; (c) how many Settlement Checks were negotiated during the 180-day period; (d) how many were not; and (e) the amount refunded to defendants." Settlement Agreement (Dkt. 71-1) ¶ 16. The Court notes that the Final Effective Date was September 10, 2022, *id.* ¶ 1.12, and that the Administrator was required to "timely distribute the Settlement Checks" thereafter. *Id.* ¶ 2.10.

    The Court reminds Class Counsel of its obligation to report the information summarized above and directs class counsel to provide that information no later than **May 19, 2023** or, if the 180-day period has not yet expired, explain the delay.

Dated: New York, New York
        May 5, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**