```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS MARTIN DE LA CRUZ, et al.,

        Plaintiff,

-against-

MANHATTAN PARKING GROUP LLC, et al.,

        Defendants.

20-CV-977 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    As part of the Court's Order dated July 12, 2022, granting plaintiff's motion for final settlement approval and related relief (Dkt. 108), Lee Litigation Group (LLG), as Class Counsel, was directed to report in writing, "promptly after the expiration of the 180-day period set forth in ¶ 3.1(D) and (E) of the Settlement Agreement [as amended]: (a) how many Settlement Checks were mailed to Class Members; (b) the range and average amount of the payments; (c) how many Settlement Checks were negotiated during the 180-day period; (d) how many were not; and (e) the amount refunded to defendants." Settlement Agreement (Dkt. 71-1) ¶ 16.

    According to the parties' letter dated May 19, 2022 (Dkt. 116), the 180-day period expired on September 19, 2023. (*Id.* at 1.) Class Counsel is hereby directed to provide the aforementioned information no later than **April 16, 2024**.

Dated: New York, New York
          April 3, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**